**PRISONER CASE**   6673



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** ROBERT E. CHENCINSKI, JR.

**Defendant(s):** THOMAS DART, etc., et al.

**County of Residence:** WARREN

**County of Residence:**

**Plaintiff's Address:**

Robert E. Chencinski, Jr.
B-75443
Shawnee - SHW
6665 State Route 146 East
Vienna, IL 62995

**Defendant's Attorney:**

F I L E D

MAY 3 0 2008
MAY 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

# 08CV3130
# JUDGE GETTLEMAN
# MAG.JUDGE ASHMAN

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**
☑ 1. Original Proceeding

☐ 5. Transferred From Other District

☐ 2. Removed From State Court

☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court

☐ 7. Appeal to District Judge from Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** *Q. E. Woodham*   **Date:** 05/30/2008