**FILED**

MAY 3 0 2008

May 30 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

ROBERT E. CHENCINSKI, JR.
_____
Plaintiff

v.

THOMAS DART, ET.AL.
_____
Defendant(s)

**08CV3130
JUDGE GETTLEMAN
MAG. JUDGE ASHMAN**

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ROBERT E. CHENCINSKI, JR., declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☒Yes       ☐No    (If "No," go to Question 2)
   I.D. # B-75443 _____ Name of prison or jail: SHAWNEE CORR. CTR.
   Do you receive any payment from the institution? ☒Yes  ☐No   Monthly amount: $10.00

2. Are you currently employed?       ☐Yes      ☒No
   Monthly salary or wages: -0-
   Name and address of employer: n/a

   a. If the answer is "No":
      Date of last employment: July, 2006
      Monthly salary or wages: mininum wage
      Name and address of last employer: Labor World, Chicago, Illinois
      city wide day labor

   b. Are you married?           ☐Yes      ☒No
      Spouse's monthly salary or wages: n/a
      Name and address of employer: n/a

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                              ☐Yes    ☒No
      Amount n/a _____ Received by n/a

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount _____ Received by _____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount _____ Received by _____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes    ☒ No
Amount _____ Received by _____

    e.    ☐ Gifts or ☐ inheritances    ☐ Yes    ☒ No
Amount _____ Received by _____

    f.    ☐ Any other sources (state source: _____ )    ☐ Yes    ☒ No
Amount _____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No Total amount: n/a
In whose name held: n/a Relationship to you: n/a

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
Property: n/a Current Value: n/a
In whose name held: n/a Relationship to you: n/a

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐ Yes ☒ No
Address of property: n/a
Type of property: n/a Current value: n/a
In whose name held: n/a Relationship to you: n/a
Amount of monthly mortgage or loan payments: n/a
Name of person making payments: n/a

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐ Yes ☒ No
Property: n/a
Current value: n/a
In whose name held: n/a Relationship to you: n/a

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5/26/08

*Robert E. Chencinski, jr.*
Signature of Applicant

ROBERT E. CHENCINSKI, JR.
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts</u>. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

(SEE ATTACHED)

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 10/10/2007

<u>ROBERT E. CHENCINSKI, JR.</u>
NAME

<u>B-75443</u>
I.D.O.C. ID#

<u>1-A-75</u>
HOUSING UNIT

### CERTIFICATE

( TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER )

I hereby certify that the Plaintiff or Petitioner in this action has the sum of $52.88 in his trust fund account at this Correctional Center where he is confined. I further certify that the Plaintiff or Petitioner has the following securities to his credit according to the records of this institution:_____

_____

_[signature]_
AUTHORIZED OFFICER

_Shawnee C.C._
INSTITUTION

_Trust Fund_
TITLE

_May 18, 2008_
DATE

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THIS PLAINTIFFS OR PETITIONERS TRUST FUND ACCOUNT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 5/19/2008 | | | Shawnee Correctional Center | | | Page 1 |
| Time: | 12:27pm | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 12/01/2007 thru End;    Inmate: B75443;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B75443 Chencinski, Robert**                                        **Housing Unit: SHA-01-A -75**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 02/11/08 | Mail Room | 01 MO/Checks (Not Held) | 042218 | 123773 | Wagner, Frank | 10.00 | 10.00 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046138 | | P/R month of 01/2008 | 2.04 | 12.04 |
| 02/22/08 | Mail Room | 01 MO/Checks (Not Held) | 053218 | 728872804 | Chencinski, Robert Sr | 30.00 | 42.04 |
| 02/26/08 | Point of Sale | 60 Commissary | 057719 | 507970 | Commissary | -40.91 | 1.13 |
| 02/26/08 | Point of Sale | 60 Commissary | 057719 | 507980 | Commissary | .09 | 1.22 |
| 03/04/08 | Mail Room | 01 MO/Checks (Not Held) | 064218 | P927890 | Sotelo, Abel | 10.00 | 11.22 |
| 03/12/08 | Mail Room | 01 MO/Checks (Not Held) | 072272 | 522299 | Chencinski, Robert | 30.00 | 41.22 |
| 03/14/08 | Disbursements | 84 Library | 074338 | Chk #129138 | DOC: 523 Fund Library, Inv. Date: 03/06/2008 | -.30 | 40.92 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074338 | Chk #129139 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 03/12/2008 | -2.45 | 38.47 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074338 | Chk #129139 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 03/07/2008 | -.97 | 37.50 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074338 | Chk #129139 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 02/26/2008 | -.97 | 36.53 |
| 03/17/08 | Mail Room | 01 MO/Checks (Not Held) | 077218 | 124536 | Wagner, Frank | 15.00 | 51.53 |
| 03/17/08 | Point of Sale | 60 Commissary | 077719 | 509793 | Commissary | -51.05 | .48 |
| 03/17/08 | Payroll | 20 Payroll Adjustment | 077138 | | P/R month of 02/2008 | 9.86 | 10.34 |
| 03/20/08 | Mail Room | 01 MO/Checks (Not Held) | 080238 | 1399 | Cook Co Jail | 48.90 | 59.24 |
| 04/04/08 | Mail Room | 01 MO/Checks (Not Held) | 095218 | 524919 | Chencinski, Robert Sr | 30.00 | 89.24 |
| 04/08/08 | Point of Sale | 60 Commissary | 099782 | 511888 | Commissary | -80.81 | 8.43 |
| 04/10/08 | Mail Room | 01 MO/Checks (Not Held) | 101272 | 525389 | Chencinski, Robert | 30.00 | 38.43 |
| 04/14/08 | Mail Room | 01 MO/Checks (Not Held) | 105218 | 125375 | Wagner, Frank | 10.00 | 48.43 |
| 04/16/08 | Disbursements | 84 Library | 107338 | Chk #129538 | DOC: 523 Fund Library, Inv. Date: 03/27/2008 | -1.50 | 46.93 |
| 04/16/08 | Disbursements | 84 Library | 107338 | Chk #129538 | DOC: 523 Fund Library, Inv. Date: 03/27/2008 | -.75 | 46.18 |
| 04/16/08 | Disbursements | 81 Legal Postage | 107338 | Chk #129539 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 03/25/2008 | -1.14 | 45.04 |
| 04/16/08 | Payroll | 20 Payroll Adjustment | 107138 | | P/R month of 03/2008 | 11.61 | 56.65 |
| 04/25/08 | Point of Sale | 60 Commissary | 116719 | 513631 | Commissary | -56.05 | .60 |
| 05/14/08 | Mail Room | 01 MO/Checks (Not Held) | 135272 | 528755 | Chenbcinski, Robert | 30.00 | 30.60 |
| 05/15/08 | Mail Room | 01 MO/Checks (Not Held) | 136272 | 126102 | Wagner, Frank | 15.00 | 45.60 |
| 05/15/08 | Payroll | 20 Payroll Adjustment | 136138 | | P/R month of 04/2008 | 11.61 | 57.21 |
| 05/16/08 | Disbursements | 84 Library | 137338 | Chk #130003 | DOC: 523 Fund Library, Inv. Date: 05/02/2008 | -3.50 | 53.71 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137338 | Chk #130004 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 04/23/2008 | -.41 | 53.30 |

|  |  |
|---|---|
| Total Inmate Funds: | 53.30 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .42 |
| Funds Available: | 52.88 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 5/19/2008
Time: 12:27pm
d_list_inmate_trans_statement_composite

**Shawnee Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 12/01/2007 thru End;   Inmate: B75443;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B75443 Chencinski, Robert**　　　　　　　　　　**Housing Unit: SHA-01-A -75**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/19/2008 | | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.42 |
| | | | | **Total Restrictions:** | **$0.42** |