IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert E. Chencinski, Jr., ) | |
| ) | **CASE NO.   08 C 3130** |
| Plaintiff, ) | |
| ) | Honorable Judge Gettleman |
| vs. ) | Presiding Judge |
| ) | |
| Thomas Dart, Sheriff Cook County Illinois, ) | Magistrate Judge Ashman |
| Superintendent Anderson, Cook County ) | |
| Department of Corrections, Captain Darcy ) | |
| Cook County Department of Corrections ) | |
| ) | |
| Defendants, ) | **JURY DEMANDED** |

## MOTION TO DISCHARGE APPOINTED COUNSEL

**NOW COMES** the Plaintiff, Robert E. Chencinski, Jr., by his attorney Charles Siedlecki and respectfully requests this Honorable Court grant leave for Attorney Charles Siedlecki to withdraw as appointed counsel pursuant to Local Rule 83.39, for the following reasons:

1. On June 19, 2008, this Honorable Court granted Plaintiff leave to proceed *in forma pauperis* and appointed attorney Charles Siedlecki to represent his interests in the pending matter pursuant to Local Rule 83.37.

2. Plaintiff is incarcerated within the Illinois Department of Corrections.

3. Plaintiff is incarcerated at the Shawnee Correctional Center which is approximately a seven hour drive one way from Chicago.

4. Pursuant to the Court's Order of June 19, 2008, Attorney Siedlecki arranged a conference call with the Plaintiff through the Illinois Department of Corrections to discuss his claims and Attorney Siedlecki's representation. This conference call was effected on June 27,

2008 at 1:30 p.m.

5. Attorney Siedlecki is a Chicago Police Officer currently on inactive status.

6. Plaintiff asserts that Attorney Siedlecki's background in law enforcement and continued attachment to the Chicago Police Department conflicts with his interests and may bias his case.

7. Plaintiff does not object to the withdrawal of the of attorney Charles Siedlecki as incompatible and requests the Court appoint a substitute counsel for Plaintiff..

8. Defendant is not prejudiced by this Motion.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court grant this motion in its entirety.

Respectfully submitted,

/s/ Charles Siedlecki

Charles Siedlecki and Associates, P.C.
10540 S. Western Avenue - Suite 405
Chicago, Illinois 60643
773/881-2535