IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Robert E. Chencinski, Jr., | ) | |
| | ) | **CASE NO.   08 C 3130** |
| Plaintiff, | ) | |
| | ) | Honorable Judge Gettleman |
| vs. | ) | Presiding Judge |
| | ) | |
| Thomas Dart, Sheriff Cook County Illinois, | ) | Magistrate Judge Ashman |
| Superintendent Anderson, Cook County | ) | |
| Department of Corrections, Captain Darcy | ) | |
| Cook County Department of Corrections | ) | |
| | ) | |
| Defendants, | ) | **JURY DEMANDED** |

**NOTICE OF MOTION**

TO:   Robert E. Chencinski
      IDOC # B-75443
      Shawnee Correctional center
      6665 State Route 146 East
      Vienna, Illinois 62995

   Please take notice that on Thursday, July 17, 2008, at 9:15 a.m., I shall appear before the Honorable Judge Gettleman, or any judge sitting in his stead, at the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached Motion to Discharge Appointed Counsel, a copy which is hereby served upon you.

Submitted,

/s/ Charles Siedlecki

**CERTIFICATE of SERVICE**

   I Charles Siedlecki, an attorney to hereby state and depose that on June 27, 2008, I served a copy of the attached Motion to Discharge Appointed Counsel and Notice of Motion, to be served upon the above identified party, via U.S. Mail with postage prepaid.

/s/ Charles Siedlecki

Charles Siedlecki
Charles Siedlecki and Associates, P.C.
10540 South Western Avenue, Suite 405
Chicago, Illinois 46360
(773) 881-2535