## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3130 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Robert Chencinski    vs    Thomas Dart | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [8] to discharge appointed counsel Charles Siedlecki is granted and his appearance is withdrawn.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|