# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3130 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Robert Chenski     vs     Thomas Dart | | |

**DOCKET ENTRY TEXT:**

Zachary T. Fardon, Lathan & Watkins, 233 S. Wacker Dr., Chicago, Il. 60606-6401 is appointed to represent plaintiff in this cause.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|