UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. CHENCINSKI, JR. | ) | |
| | ) | 08 C 3130 |
| Plaintiff, | ) | |
| v. | ) | Honorable Robert W. Gettleman |
| | ) | |
| THOMAS DART, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: Robert Chencinski
B75443
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL 62995

PLEASE TAKE NOTICE that on **August 7, 2008 at 9:15 A.M.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman, and present the attached **Defendants' Motion to Enlarge Time to Move, Answer or Otherwise Plead.**

                                          Respectfully submitted,
                                          RICHARD A. DEVINE
                                          State's Attorney of Cook County

                      By     __s/Daniel J. Fahlgren_____
                                           Daniel J. Fahlgren
                                          Assistant State's Attorney
                                          500 Richard J. Daley Center
                                          Chicago, IL. 60602
                                          (312) 603-3304
                                          #6201163

## CERTIFICATE OF SERVICE

   I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named party on July 30, 2008 electronically, pursuant to ECF Gen Order XI (C).

                                                    _s/ Daniel J. Fahlgren___