**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                           Case Number: 08 CV 3130

ROBERT E. CHENCINSKI, JR.
        Plaintiff,
   v.
THOMAS DART, ET AL.,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT E. CHENCINSKI, JR., Plaintiff

| | |
|---|---|
| NAME (Type or print) Zachary T. Fardon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Zachary T. Fardon | |
| FIRM Latham & Watkins | |
| STREET ADDRESS 233 S. Wacker Drive, Suite 5800 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6292156 | TELEPHONE NUMBER (312) 876-6534 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ | |