08/06/2008  12:55  13129939767                LATHAM & WATKINS                    PAGE  16/17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT E. CHENCINSKI, JR., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS DART, et al., <br><br> Defendants. | Case No. 08 C 3130 <br><br> The Hon. Robert W. Gettleman |

## WAIVER OF SERVICE OF SUMMONS

TO:  Zachary T. Fardon
     LATHAM & WATKINS LLP
     233 South Wacker Drive
     Suite 5800
     Chicago, IL 60606
     Tel: (312) 876-7700
     Fax: (312) 993-9767

RE: Thomas Dart, Defendant

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 6, 2008, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

08/06/2008  12:55   13129939767              LATHAM & WATKINS                    PAGE  17/17

_8-6-08_
Date

Signature _[signed]_  _Asst. States Atty_

Printed/Typed Name _Daniel J. Fairbean_
_attorney for Thomas Dart_

### DUTY TO AVOID UNNECESSARY EXPENSES OF SERVING OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

2