UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. CHENCINSKI, JR. | ) | |
| | ) | 08 C 3130 |
| Plaintiff, | ) | |
| v. | ) | Honorable Robert W. Gettleman |
| | ) | |
| THOMAS DART, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING

**TO:** Zachary T. Fardon, Esq.,
Latham and Watkins, LLP
233 S. Wacker Drive
Suite 5800
Chicago, IL 60606

PLEASE TAKE NOTICE that on September 4, 2008 I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, electronically by CM/ECF the attached **Defendants Anderson and Darcy's Answer to the Complaint.**

                                                Respectfully submitted,
                                                RICHARD A. DEVINE
                                                State's Attorney of Cook County

                        By      __*s/Daniel J. Fahlgren*_____
                                         Daniel J. Fahlgren
                                         Assistant State's Attorney
                                         500 Richard J. Daley Center
                                         Chicago, IL. 60602
                                         (312) 603-3304
                                         #6201163

## CERTIFICATE OF SERVICE

   I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named party on September 4, 2008 electronically, pursuant to ECF Gen Order XI (C).

                                                     _*s/ Daniel J. Fahlgren*_____